U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF SETH T. CAREY | COURT CASE NUMBER 1:25-CV-13076-IT |
|---|---|
| DEFENDANT Alibaba Group Services Limited | TYPE OF PROCESS Civil in hand |

*FILED IN CLERK'S OFFICE 2026 JUN 17 PM 12: 32*

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Corporation Service Company |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 1180 Avenue of the Americas, Suite 210, New York, New York 10036 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Seth T. Carey 1746 US 2 Rumford, ME 04276 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 207-418-1462 | DATE 3/1/2026 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 6/16/26 | Time 2:15 ☐ am ☑ pm |
|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy *Kirby Castagna* | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

As per the building security guard, that space has been vacant for a long time. This company does not operate out of this address.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SETH T. CAREY | 1:25-cv-13076-IT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Alibaba Group Services Limited | Civil |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Corporation Service Company

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1180 Avenue of the Americas, Suite 210, NY, NY 10036

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                          Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 207-418-1467 | 3/8/26 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*If not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service: 6/16/26  Time: 2:15 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $130 | $8.12 | $8 | $146.12 | N/A | IFP | |

REMARKS:
As per the building security guard, that space has been vacant for a long time. This company does not operate out of this address.

PRIOR EDITIONS MAY BE USED                    **1. CLERK OF THE COURT**                    FORM USM-285 (Rev. 12/15/80)

Civil Action No.: 1:25–CV–13076–IT

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Corporation Service Company_
was received by me on (date)_4|14|26_ .

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☑ I returned the summons unexecuted because _Company not in this location_ ; or

☐ Other (specify) :


My fees are $ _8.12_ for travel and $_130_ for services, for a total of $_138.12_ .

I declare under penalty of perjury that this information is true.


_6|16|26_
_____
Date

_Kersy Cartagena_
_____
Server's Signature

_Kersy Cartagena Deputy U.S. Marshal_
_____
Printed name and title


_500 Pearl Street Ste. 400, New York, NY 10007_
_____
Server's Address

Additional information regarding attempted service, etc: